**Order entered March 26, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00808-CV

## CHRIS MASSENBURG AND JONATHAN LAWTON, Appellants

## V.

## LAKE POINT ADVISORY GROUP, LLC, ET AL., Appellee

**On Appeal from the 439th Judicial District Court**
**Rockwall County, Texas**
**Trial Court Cause No. 1-19-0935**

## ORDER

Before the Court is appellees' motion for show cause order, contempt, and sanctions. We **DENY** the motion.

/s/    ERIN A. NOWELL
        JUSTICE